# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 08-14027 |
| | : | |
| CHAPMAN, TIMOTHY W. | : | |
| | : | Judge Aug |
| | : | |
| Debtor(s) | : | xxx-xx-2765 |

## NOTICE TO THE CLERK OF
## UNCLAIMED FUNDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $ 680.38 represents funds which were paid to General Electric Capital Corp., c/o Joel K. Dayton, 220 Market Avenue South, Suite 1000, Canton, OH 44702, but said check was never paid by the Bank nor returned to the undersigned.. The funds are being paid into the Registry Fund because the check has never been returned to the Trustee as being undeliverable by the Post Office. We are, therefore, paying this amount to the Court pursuant to 11 U.S.C. Section 374(a). The name and address of the party entitled to this amount is as follows:

| **Creditor** | **Claim No.** | **Dividend** |
|---|---|---|
| General Electric Capital Corp. c/o Joel K. Dayton 220 Market Avenue South Suite 1000 Canton, OH 44702 | 3-A | 680.38 |

Total                                                                                                                                                $680.38

Dated: November 20, 20009

/s/Mark Alan Greenberger
Mark Alan Greenberger
Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served upon Monica Kindt, Assistant U.S. Trustee, Room 2030, 36 E. 7th Street, CBLD Building, Cincinnati, OH 45202, by regular U.S. Mail, postage prepaid, or by electronic filing this 20th day of November, 2009.

/s/Mark Alan Greenberger
Mark Alan Greenberger
Trustee

kgn 260493